**Order entered August 18, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00293-CR
No. 05-20-00294-CR
No. 05-20-00295-CR

## EVERARDO RAUL SANCHEZ CABRERA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82637-2019 Cts. 1, 2 & 3**

### ORDER

On August 14, 2020, the State filed a motion to extend time to file its brief along with its tendered brief. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/    CORY L. CARLYLE
       JUSTICE